UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT,<br><br>                                    Plaintiff,<br><br>v.<br><br>DILLINGHAM & ASSOCIATES; DOES 1 through 10 inclusive,<br><br>                                    Defendants. | Case No.: 3:23-cv-00508-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 23.] |

On April 1, 2024, the parties filed the present joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). (Doc. No. 23.) For good cause shown, the Court grants the joint motion and dismisses the action with prejudice, each side to bear its own attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: April 2, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT